# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DANIEL DYRONE STEWART

NO. 2025 KW 0456

**JULY 14, 2025**

---

In Re:    Daniel Dyrone Stewart, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-20-04326.

---

**BEFORE:    HESTER, EDWARDS, AND BALFOUR, JJ.**

   **WRIT DENIED.**

                         CHH
                         BDE
                         KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT